IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50345
Conference Calendar

_____


DALE ST. JOHN,

                                        Plaintiff-Appellant,


versus


WAYNE SCOTT ET AL.,

                                        Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-96-CV-31
- - - - - - - - - -
October 23, 1996

Before POLITZ, Chief Judge, and JOLLY and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

Dale St. John, #653767, appeals the dismissal of his civil rights suit pursuant to 28 U.S.C. § 1915(d).  He contends that the defendants violated his constitutional rights by transferring him to Lockhart Work Facility.  We have reviewed the record and brief and conclude that St. John has identified no error in the dismissal.  See St. John v. Scott, No. A-96-CA-031 JN (W.D. Tex. Apr. 10, 1996).

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

St. John's appeal is frivolous and is DISMISSED. Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983); see 5th Cir. R. 42.2. We caution St. John that any additional frivolous appeals filed by him will invite the imposition of sanctions. To avoid sanctions, St. John is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; SANCTIONS WARNING ISSUED.